# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL FOLEY, | |
|          Plaintiff, | 2:11-cv-01769-ECR-VCF |
| vs. | |
| MICHELLE PONT, et al., | **ORDER** |
|          Defendants. | |

On February 17, 2012, Defendants AP Express, AP Express Worldwide and Jeffrey Point filed their Proposed Discovery Plan and Scheduling Order (#39). Paragraph (8) of this filing and exhibits attached thereto indicate that Plaintiff Michael Foley has failed to cooperate with these defendants' effort to hold an FRCP 26(f) conference as required by Local Rule 26-1(d).

The court has approved the Proposed Discovery Plan and Scheduling Order.

Good cause appearing, it is HEREBY ORDERED that the parties shall appear in courtroom 3A on March 2, 2012 at 2:30 p.m. so that Plaintiff Michael Foley can show cause why sanctions should not be imposed for his failure to comply with LR 26-1(d). If the parties have met as required by the applicable rules and agreed on a deadline for exchange of initial disclosures pursuant to FRCP 26(a)(1), before the date set for this hearing, and they file a JOINT STATUS REPORT providing the details of that meeting and the timetable for initial disclosures. Upon receipt of a Joint Status Report in compliance with this order, the hearing will be vacated.

DATED this 22nd day of February, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE